Date of Arrest: **08/16**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Juan Manuel MELENDREZ-Valdez<br>AKA: None Known<br>091782870<br>YOB: 1968<br>Citizen of: Mexico<br><br>Defendant | Magistrate Case No. 17-1620MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about August 16, 2017 Defendant Juan Manuel MELENDREZ-Valdez, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Nogales, Arizona, on or about January 16, 2014. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Louis Uhl

Signature of Complainant
Douglas Choi
Border Patrol Agent

Sworn to before me and subscribed in my presence,

____August 17, 2017____  at  ____Yuma, Arizona____
Date                          City and State

James F Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Juan Manuel MELENDREZ-Valdez
AKA: None Known
091782870

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about August 16, 2017, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near El Paso, Texas on or about August 2, 1995. The Defendant was most recently removed on or about January 16, 2014, through the port of Nogales, Arizona, subsequent to a conviction in an United States District Court, District of San Diego on or about October 10, 2013, for the crime of Re-Entry of Deported Alien, a felony.

Agents determined that on or about August 16, 2017, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Signature of Complainant

Sworn to before me and subscribed in my presence,

August 17, 2017
Date

Signature of Judicial Officer

-2-